## ROBBINS *v.* STATE OF INDIANA.

[No. 24,902.   Filed June 29, 1926.   Rehearing denied November 4, 1926.]

From Rush Circuit Court; *Fremont Miller,* Special Judge.

Thomas Robbins was convicted of selling intoxicating liquor, and he appeals.   *Affirmed.*

*Hugh D. Wickens* and *Frank Hamilton,* for appellant.

*Arthur L. Gilliom,* Attorney-General and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

WILLOUGHBY, J.—All the questions presented in this appeal by appellant were decided adversely to his contention in the case of *Alyea* v. *State* (1926), *ante* 364, and, upon the authority of that decision, the judgment in this case is affirmed.

Myers, C. J., not participating.